UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PENA, | No. 2:15-cv-0416 CKD P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

On April 13, 2015, the court stayed petitioner's application for writ of habeas corpus so that petitioner could seek relief with respect to some of his claims in California courts. Petitioner was ordered to inform the court when he had exhausted state court remedies with respect to all of his claims. Petitioner has not filed anything with the court since the court ordered that this matter be stayed.

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause within 21 days why this action should not be dismissed. Failure to respond to this order will result in a recommendation that this matter be dismissed.

Dated: December 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/pena0416.osc